IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION
CIVIL ACTION NO.5:20 CV 00029

CAROLINA RECORDING SYSTEMS, LLC,

    Plaintiff,

v.

CARY DAVID POSEY, and CRS, LLC, formerly known as Communication Recording Solutions, LLC,

    Defendants.

**ORDER OF DISMISSAL**

This Court having considered the Parties' Joint Stipulation for Voluntary Dismissal in the above-captioned action, and pursuant to Fed. R. Civ. P. 41(a)(2),

IT IS HEREBY ORDERED that the Plaintiff's claims in the above-captioned action be and are hereby dismissed in their entirety, without prejudice, and with no award of attorneys' fees or costs by the Court to any party. The Plaintiff's claims in this matter shall be dismissed in their entirety with prejudice automatically on June 15, 2022, absent a motion by Plaintiffs to enforce the Parties' Settlement Agreement prior to that date. The Court further orders that Defendants' counterclaims in this matter are dismissed, with prejudice, as of the date this Order is entered.

SO ORDERED on this 28th day of July, 2020

                                                   Honorable John P. Bailey
                                                   United States District Court Judge